# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0236.  TERESA LYNN SMITH v. THE STATE.**
**A19D0237.  TERESA LYNN SMITH v. THE STATE.**

On November 7, 2018, the trial court entered two separate orders revoking Teresa Lynn Smith's probation in two Troup County Superior Court cases, Case Nos. 13-R-0502 and 16-R-0711.  Thereafter, on December 13, 2018, Smith filed applications seeking discretionary appeal of those orders.  We, however, lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because Smith did not file her applications for discretionary appeal until 36 days after the entry of the orders she seeks to appeal, her application is untimely.  Accordingly, these applications are hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/07/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.